UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DEXTER ANDERSON,

    Petitioner,

v.                                 Case No. 07-C-761

UNITED STATES OF AMERICA,

    Respondent.

## ORDER FOR JUDGMENT

Petitioner Dexter Anderson filed a motion seeking relief under 28 U.S.C. § 2255. The court denied Anderson's claim based on ineffective assistance of counsel without an evidentiary hearing, but stayed a second claim which was based on his challenge to a prior conviction in Texas state court. Anderson now states that he wishes to abandon his second claim and requests that final judgment be entered dismissing his action so he can pursue an appeal. Based upon the request of the petitioner, the court hereby dismisses the claim based on Anderson's previous conviction in Texas and orders that final judgment dismissing his petition be entered forthwith.

**SO ORDERED** this   30th   day of May, 2008.

                                                    s/ William C. Griesbach
                                                    William C. Griesbach
                                                    United States District Judge