UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DEXTER ANDERSON,

    Petitioner,

v.                                  Case No. 07-C-761

UNITED STATES OF AMERICA,

    Respondent.

**ORDER**

Respondent has moved to enlarge the record on appeal. It states that it might be necessary to refer to the criminal docket and trial transcripts on appeal. Petitioner opposes the motion, suggesting that he has not brought his trial transcripts into relevance. Still, I am satisfied that the respondent's motion should be granted to include the additional records, as they are "material to either party." Fed. R. Civ. P. 10(e)(2). The motion to enlarge the record is **GRANTED**.

**SO ORDERED** this   21st   day of January, 2009.

                                            s/ William C. Griesbach
                                            William C. Griesbach
                                            United States District Judge